UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ASCENTIUM CAPITAL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RYAN R. STEVENS, M.D., P.C., an Oregon corporation; RYAN R. STEVENS aka RYAN RICHARD STEVENS aka RYAN R. STEVENS, M.D., an individual,<br><br>Defendants. | Case No. 2:20-cv-01499 TLN-AC<br><br>**ORDER MODIFYING DATES OF COURTS PRETRIAL SCHEDULING ORDER** |

The Court having reviewed and considered the Stipulation of the Parties to Modify the Dates of the Court's Pretrial Scheduling Order, and for good cause appearing,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that the Discovery Cutoff be **MODIFIED** and **CONTINUED** to **September 3, 2021**;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Expert Witness Disclosure and Exchange be **CONTINUED** to **November 1, 2021** and that the Expert Witness Discovery Cutoff be **CONTINUED** to **November 30, 2021**;

1

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the last day for any dispositive motion to be heard be **CONTINUED** to **January 6, 2022**.

Date: June 28, 2021

_____
Troy L. Nunley
United States District Judge